# Court of Appeals
# of the State of Georgia

ATLANTA,   September 14, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0059.  DARREN DAVID RIGGS v. PATTY WALLER et al.**

Inmate Darren David Riggs attempted to file a civil action against the deputy clerk, the clerk, and a judge from Chatham County.  On July 13, 2016, the superior court denied Riggs's motion to proceed in forma pauperis.  Riggs then filed this pro se application for discretionary appeal on August 26, 2016.[1]  We, however, lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Because this application was filed 44 days after entry of the order Riggs seeks to appeal, it is untimely, and we lack jurisdiction to consider it.  Although Riggs attempted to file his application earlier, the Court was unable to accept the filing because the certificate of service was not complete.  See Court of Appeals Rules 1 (a), 6.  Accordingly, this application is hereby DISMISSED.

---

[1]  Because he was incarcerated when he initiated this action, Riggs's appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq.  Under OCGA § 42-12-8, "[a]ppeals of all actions filed by prisoners shall be as provided in Code Section 5-6-35," the discretionary appeals statute.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*_____09/14/2016_____
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*